# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JANICE ALFONSO,**

      Plaintiff,                                Case No. 6:20-cv-00321-GAP-LRH

-vs-

**OPIS MANAGEMENT RESOURCES, LLC,**

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JANICE ALFONSO, and Defendant, OPIS MANAGEMENT RESOURCES, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 14th day of September, 2020.

| | |
|---|---|
| Quintairos, Preito, Wood & Boyer, P.A. | Morgan & Morgan, P.A. |
| 1410 N. West Shore Blvd., Suite 200 | 20 N. Orange Avenue, Suite 1600 |
| Tampa, FL 33607 | Orlando, FL 32801 |
| Telephone: (813) 286-8818 | Telephone: (407) 418-2079 |
| Facsimile: (813) 286-9998 | Facsimile: (407) 245-3390 |
| | |
| BY: _____ | BY: /s/ *Anthony J. Hall* |
|     Todd M. Smayda, Esquire |     Anthony J. Hall, Esquire |
|     Florida Bar Number: 150819 |     Florida Bar Number: 40924 |
|     E-mail: TSmayda@qpwblaw.com |     E-mail: ahall@forthepeople.com |
|     Counsel for Defendant |     Counsel for Plaintiff |